(February 18, 2011)

■ SMALL BUSINESS LOAN SOURCE, LLC, Appellant, v 4 DOGS OF SYRACUSE, LLC, et al., Defendants. JOSEPH A. KESSLER, Nonparty Respondent. [916 NYS2d 864]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered November 3, 2009 in a foreclosure action. The order, among other things, denied plaintiff's motion for leave to pursue a deficiency judgment against nonparty guarantor Joseph A. Kessler.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.